# SEYFARTH SHAW

Writer's direct phone
(212) 218-5507

Writer's e-mail
dkesselman@seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/14

RECEIVED
APR 21 2014
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018

(212) 218-5500
fax (212) 218-5526

www.seyfarth.com

April 21,

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

*/s/ Alvin K. Hellerstein*
Alvin K. Hellerstein, U.S.D.J.
Date:

**VIA FACSIMILE (212-805-7942)**

Hon. Alvin Hellerstein, U.S.D.J.
United States District Court, Southern District of N
United States Courthouse, Courtroom 1050
500 Pearl Street
New York, NY 10007

Re:   *Cole v. Investance Americas Inc. et al*, Case No. 13-CV-6787 (AKH)

Dear Judge Hellerstein:

As Your Honor is aware, we represent Investance Solutions SAS (incorrectly named as "Investance France a/k/a Investance Group a/k/a/ Investance Solutions"), Franck Dahan, and Luc-Sorel Om, who are some of the defendants in this matter. We write on behalf of all parties to advise the Court that the Court-ordered mediation was held on April 9, 2014, and that the parties have reached a resolution of this matter. The parties are preparing a settlement agreement and expect to file a stipulation of discontinuance with prejudice shortly.

There is a status conference currently scheduled for April 25, 2014. In light of the resolution of this case, we respectfully request that the Court cancel the status conference and enter a dismissal subject to reopening within thirty days if an issue arises with the agreement. Thank you very much.

Respectfully submitted,

SEYFARTH SHAW LLP

Dov Kesselman

cc:   Grant Martin Lally, Esq.           (counsel for Plaintiffs) *(via email)*
      Linda Murray Regis-Hallinan, Esq.  (counsel for Defendants Investance Americas Inc.,
                                          SIA Partners US Inc., and Elie Cohen) *(via email)*
      Adrienne Marie Ward, Esq.          (counsel for Defendant BMO Capital Markets
                                          Corp.) *(via email)*

17146555v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

*Office locations (margin):* WASHINGTON, D.C. / SYDNEY / SACRAMENTO / NEW YORK / MELBOURNE / LOS ANGELES / LONDON / HOUSTON / CHICAGO / BOSTON / ATLANTA